1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES T. FLEMING,

            Petitioner,

       v.

PAT GLEBE,

           Respondent.

Case No. C10-5213RBL

ORDER TO PROVIDE
SERVICE COPIES

      The underlying petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636 (b)(1)(A) and 636 (b)(1)(B), and Local Magistrate Judge's Rule MJR3 and MJR4.  Petitioner did not provide any service copies.  The court will need two copies of the petition for service.  The court will not order service be attempted until the service copies are received.

      Petitioner will have until **May 21, 2010** to provide the service copies.  If the documents are not received the court will prepare a Report and Recommendation that the petition be dismissed for failure to prosecute.

      The Clerk is directed to mail a copy of this Order to petitioner.

      Dated this 13th day of April, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1