# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES T. FLEMING

v.

PAT GLEBE

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5213RBL/JRC

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation;

(2) The petition is DISMISSED as time barred; and

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all claims asserted by petitioner in his habeas petition.

August 10, 2010       BRUCE RIFKIN
Date       Clerk

    *s/CM Gonzalez*
    Deputy Clerk